DR. DADIRRIAN AND SONS COMPANY, Respondent, *v.* WILLIAM HAUENSTEIN, Appellant.

*Dr. Dadirrian & Sons Co.* v. *Hauenstein*, 74 App. Div. 630, affirmed.
(Argued June 16, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 31, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George J. McEwan* and *Frank M. Hardenbrook* for appellant.

*James R. Sheffield, Frederic H. Betts* and *James J. Cosgrove* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J.

---

JONAS P. VARNUM, as Receiver of Certain Property Transferred by THOMAS BOLTON to CATHERINE BOLTON, Appellant, *v.* HERMAN BEHN, Respondent, Impleaded with Others.

*Varnum* v. *Behn*, 63 App. Div. 570, affirmed.
(Argued June 17, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1901, affirming a judgment in favor of defendant entered upon the report of a referee.

*John Van Voorhis* for appellant.

*Joseph W. Taylor* for respondent.

Motion to dismiss above appeal denied, without costs. Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: GRAY and MARTIN, JJ.